Kathleen C. Jeffries (State Bar No. 110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790

Attorneys for Defendant
DAYLIGHT TRANSPORT, LLC

Adam C. Brown (State Bar No. 161951)
adam@hillrivkinsbrown.com
HILL RIVKINS BROWN & ASSOCIATES
A Professional Law Corporation
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, California 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

JS-6

Attorneys for Plaintiff
FUBON INSURANCE COMPANY, LTD.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUBON INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DAYLIGHT TRANSPORT, LLC, <br><br> Defendants. | Case No.  CV 20-05413-JFW (PLAx) <br><br> ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE |

Based upon the stipulation by and between the parties hereto, plaintiff Fubon Insurance Company, Ltd. ("Fubon") and defendant Daylight Transport, LLC ("Daylight"), by and through their respective counsel of record, and the facts that a settlement agreement has been reached between such parties for full resolution of the above-referenced case and that that the terms of said agreement have been satisfied,

IT IS HEREBY ORDERED that the entire case is dismissed with prejudice, with each Each party to bear its own costs and attorneys' fees.

Dated: November 17, 2020

John F. Walter, U.S. District Judge